

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00094-CR
No. 02-22-00095-CR

_____

JODI WITT, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the County Criminal Court No. 3
Denton County, Texas
Trial Court No. CR-2021-08605-C, CR-2021-08608-C

---

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss her appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: June 16, 2022